AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means

Original

# UNITED STATES DISTRICT COURT

for the

District of Maryland

✓ FILED ___ ENTERED
___ LOGGED ___ RECEIVED

2:11 pm, Nov 02 2026
AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY M.G. Deputy

In the Matter of the Search of
a blood sample drawn from Joshua Wallace

Case No. 8:26-mj-02951

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the ______ District of Maryland
*(identify the person or describe the property to be searched and give its location)*:

A blood sample as needed to test for alcohol or narcotics from Joshua Wallace

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

the alcohol and/or drug content of the blood of Joshua Wallace

**YOU ARE COMMANDED** to execute this warrant on or before 6:50 pm 10/31/2026

☐ in the daytime 6:00 a.m. to 10:00 p.m. ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to Ajmel A. Quereshi.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*

☐ for _____ days *(not to exceed 30)* ☐ until, the facts justifying, the later specific date of ______________.

Date and time issued: 3:50 P.M. 10/31/26.

*Judge's signature*

8:26-mj-02951

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

**Return**

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| C-26-0000183709 | 10/31/2026 1713 hours | JOSHUA WALLACE |

Inventory made in the presence of: OFFICER LEE CALDWELL

Inventory of the property taken and name(s) of any person(s) seized:

- Two blood vials of blood.
- Blood sample seized from JOSHUA WALLACE (02-07-1989)

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 10/31/2026

[signature]
*Executing officer's signature*

MATTHEW NEWMAN Police officer
*Printed name and title*